(57 South. 173.)

No. 18,771.

### WILLIAMS v. WILLIAMS.

(Jan. 2, 1912.)

Appeal from Fifteenth Judicial District Court, Parish of Calcasieu; Winston Overton, Judge.

Action by Lonie Williams against J. E. Williams. Judgment for plaintiff, and defendant appeals. Affirmed.

Mitchell & Young, for appellant. Stewart & Stewart, for appellee.

MONROE, J. This is a suit for divorce, by the wife, on the ground of adultery, and for the possession of a minor child, issue of the marriage. There was judgment for plaintiff, in the district court, from which defendant has appealed. The case has been submitted in this court, without argument, oral or written. The evidence sustains the charges contained in the petition, and the judgment appealed from is affirmed.